UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUELINE R. MILONE and JOHN MILONE,<br><br>       Plaintiffs,<br><br> -*against*-<br><br>CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF TRANSPORTATION, NEW YORK CITY DEPARTMENT OF PARKS & RECREATION, CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., and BRYANT PARK CORPORATION<br><br>       Defendants. | Docket No.:<br><br><br><br>**ADDENDUM TO ADD FIFTH DEFENDANT** |

**THIS ADDENDUM IS FILED AS INSTRUCTED ON THE FEDERAL COMPLAINT FORM, SECTION 2(B).**

**PLAINTIFFS**, JACQUELINE R. MILONE & JOHN MILONE by their attorneys, NAPOLI SHKOLNIK, PLLC, complaining of Defendants, CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF TRANSPORTATION, NEW YORK CITY DEPARTMENT OF PARKS & RECREATION, CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. complain of the following defendant to the action:

**BRYANT PARK CORPORATION**

**1065 Avenue of the Americas**

**Suite 2400**

**New York, NY. 10018.**

Dated: New York, New York

    July 25, 2023

                       Yours, etc.,

**NAPOLI SHKOLNIK, PLLC.**

By: Stephen J. Maloney Jr., Esq.
Attorneys for Plaintiffs
**JACQUELINE R. MILONE**
**& JOHN MILONE**
360 Lexington Avenue – 11th Floor
New York, New York 10017-6502
(212) 397-1000