UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE R. MILONE and JOHN MILONE,

                              Plaintiffs,

-v-                                      CIVIL ACTION NO.: 23 Civ. 6412 (SLC)

CITY OF NEW YORK et al.,                         **ORDER**

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On January 11, 2024, the Court directed the parties to order a transcript (the "Transcript") of the January 4, 2024 Conference before the Honorable Edgardo Ramos by January 12, 2024. (ECF No. 21). To date, the parties have not ordered the Transcript. Accordingly, the Court directs the parties to order the Transcript by **January 19, 2024** and select the 7-day option for service.

Dated:    New York, New York                SO ORDERED.
             January 18, 2024

                                                                  _/s/ Sarah L. Cave_
                                                                  **SARAH L. CAVE**
                                                                  **United States Magistrate Judge**