UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE R. MILONE and JOHN MILONE,

                    Plaintiffs,

    -v-

CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF
TRANSPORTATION, NEW YORK CITY DEPARTMENT OF
PARKS & RECREATION, CONSOLIDATED EDISON
COMPANY OF NEW YORK, INC.. BRYANT PARK
CORPORATION, NEW YORK CITY TRANSIT AUTHORITY,
METROPOLITAN TRANSPORTATION AUTHORITY, and
MTA BUS COMPANY,

                    Defendants.

CIVIL ACTION NO.:  23 Civ. 6412 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On February 27, 2024, the Court scheduled an initial conference for March 28, 2024, and directed the parties to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan ("PCMP") by March 21, 2024.  (ECF No. 36).  The parties failed to file the PCMP by the Court-ordered deadline.  As a one-time courtesy, the Court sua sponte extends this deadline, and directs the parties to file the PCMP by **March 25, 2024**.  A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

Dated:     New York, New York
             March 22, 2024

                          SO ORDERED.

                          **SARAH L. CAVE**
                          **United States Magistrate Judge**