UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE R. MILONE and JOHN MILONE,

                Plaintiffs,

  -v-

                                             CIVIL ACTION NO.:  23 Civ. 6412 (SLC)

CITY OF NEW YORK, NEW YORK CITY DEPARTMENT OF                **ORDER**
TRANSPORTATION, NEW YORK CITY DEPARTMENT OF
PARKS & RECREATION, CONSOLIDATED EDISON
COMPANY OF NEW YORK, INC.. BRYANT PARK
CORPORATION, NEW YORK CITY TRANSIT AUTHORITY,
METROPOLITAN TRANSPORTATION AUTHORITY, and
MTA BUS COMPANY,

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the initial case management conference held today, March 28, 2024, a

telephone status conference is scheduled for **Monday, June 24, 2024, at 10:00 am** on the Court's

conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the

scheduled time.

Dated:      New York, New York
           March 28, 2024

                                         SO ORDERED.

                                         _____

                                         SARAH L. CAVE
                                         **United States Magistrate Judge**