UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE R. MILONE, et al.,

                Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 6412 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The deadline for the parties to complete fact discovery was October 30, 2024. (ECF No. 57). Accordingly, by **November 8, 2024**, the parties shall file a joint letter certifying the completion of fact discovery.

Dated:     New York, New York
            November 7, 2024

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge