UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE R. MILONE, et al.,

                Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 6412 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Fact discovery closed on November 29, 2024, and the parties were directed to file a joint letter certifying the completion of fact discovery by December 6, 2024. (ECF No. 68 at 1). They did not comply, and they did not seek an extension of time. Yet again, they blatantly ignored the Court's Order. (Id.) The parties were warned "further delays will not be tolerated." (Id.)

Accordingly, fact discovery is deemed **closed**. The parties shall proceed with expert discovery on the schedule set forth in the Case Management Plan (ECF No. 40 at 9). Based on the parties' conduct—flouting Court orders—any requests for extensions of time to complete expert discovery must be supported by good cause. The Court will not countenance the parties' disregard of its orders, and the parties are warned that any further such disregard may result in sanctions against the offending party.

Dated:     New York, New York
             December 9, 2024         SO ORDERED.

                                                          SARAH L. CAVE
                                                          United States Magistrate Judge