UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE R. MILONE, et al.,

              Plaintiffs,

-v-

CITY OF NEW YORK, et al.,

              Defendants.

CIVIL ACTION NO.: 23 Civ. 6412 (SLC)

**FINAL JUDGMENT**

    Pursuant to the Opinion and Order filed separately, summary judgment is entered in favor of Defendant Bryant Park Corporation and against Plaintiffs Jacqueline R. Milone and John Milone. Costs are taxed as paid.

    The Clerk of Court is directed to enter final judgment in favor of Defendant Bryant Park Corporation pursuant to Federal Rule of Civil Procedure 54.

Dated:    New York, New York
             February 7, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge