UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACQUELINE R. MILONE, <u>et al.</u>,

                Plaintiffs,

  -v-

BRYANT PARK CORPORATION,

                Defendant.

CIVIL ACTION NO.:  23 Civ. 6412 (SLC)

**<u>ORDER</u>**

**SARAH L. CAVE,** United States Magistrate Judge.

On or before **February 14, 2025**, Defendant/Cross-Claimant Bryant Park Corporation shall file a letter setting forth how it intends to proceed with the Third-Party Complaint (ECF No. 56) in light of the Court's recent Opinion and Order regarding summary judgment (ECF No. 85).

Dated:      New York, New York
             February 7, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**